MOTION GRANTED.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **MARIO M. MITCHELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | No.  3:26-cv-00407 |
| | ) | |
| v. | ) | **Judge Richardson** |
| | ) | **Magistrate Judge Frensley** |
| **JOHN DRAKE,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

### DEFENDANTS JOHN DRAKE, CHRISTOPHER DICKERSON, AND MICHAEL ESPOSITO'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendants Chief John Drake, in his official and individual capacities, and Captain Christopher Dickerson and Detective Michael Esposito[1] respectfully move for a forty-five day extension of time, up to and including **June 22, 2026**, to file their responsive pleadings. An extension is necessary to evaluate and resolve any potential representation conflicts, review the allegations, and prepare responsive pleadings. Opposing counsel does not oppose this request.

Accordingly, these Defendants request that the Court extend the deadline for filing their responsive pleadings to **June 22, 2026**. This extension will not affect the initial case management conference currently set for June 25, 2026. This is the first request for an extension and is not made for the purpose of delay.

---

[1] Undersigned counsel is making a limited appearance on behalf of these individual defendants for the purposes of requesting this extension.

Respectfully submitted,

THE DEPARTMENT OF LAW
OF THE METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY

WALLACE W. DIETZ (#9949)
DIRECTOR OF LAW

/s/*Melissa Roberge*
ALLISON L. BUSSELL (#23538)
  ASSOCIATE DIRECTOR OF LAW
MELISSA ROBERGE (#26230)
  SENIOR COUNSEL
PETER G. VIZCARRONDO (#43651)
  ASSISTANT METROPOLITAN ATTORNEY
108 Metropolitan Courthouse
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341
allison.bussell@nashville.gov
melissa.roberge@nashville.gov
peter.vizcarrondo@nashville.gov