IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MARIO M. MITCHELL, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. 3:26-cv-00407 |
| | ) | |
| JOHN DRAKE, in his official capacity as the | ) | DISTRICT JUDGE RICHARDSON |
| Chief of Police for the Metropolitan | ) | |
| Government of Nashville and Davidson | ) | MAGISTRATE JUDGE FRENSLEY |
| County, Tennessee, as well as his individual | ) | |
| capacity; WATECHIA LAWLESS | ) | JURY DEMAND |
| MITCHELL; CHRISTOPHER DICKERSON, | ) | |
| in his individual capacity; and MICHAEL | ) | |
| ESPOSITO, in his individual capacity; | ) | |
| | ) | |
| *Defendants*. | ) | |

### DEFENDANT WATECHIA LAWLESS MITCHELL'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)

Defendant Watechia Lawless Mitchell ("Lawless"), pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), respectfully requests that this Court dismiss the claim against her contained in Count III of the Complaint.

As grounds for this Motion, Lawless would show that Plaintiff fails to meet the standard required to bring a malicious prosecution claim under state law against her in this court.  The state law claim against her is not part of the same case or controversy as the federal claims against the other Defendants as they do not derive from a common nucleus of operative fact to support the existence of supplemental jurisdiction under 28 U.S.C. § 1367(a).  Even if this were a case where the Court could properly exercise supplemental jurisdiction over the claim against Lawless, the Court should exercise its discretion to decline to exercise jurisdiction under 42 U.S.C. § 1367(c).

Lawless would further show that the Complaint in this action fails to state a claim upon which relief can be granted because it makes only conclusory legal allegations regarding the malicious prosecution claim against Lawless and fails to allege specific facts stating a plausible claim of malicious prosecution. A memorandum of law in support of this Motion is filed herewith.

WHEREFORE, Lawless respectfully requests that this Court dismiss Count III of the Complaint without prejudice pursuant to Fed. R. Civ. P. 12(b)(1) or with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).

Respectfully submitted,

*/s/ Kendra E. Samson*
Kendra E. Samson (TN BPR #018976)
Eric C. Lyons (TN BPR #036105)
BUCHALTER LLP
1 Music Circle South, Suite 300
Nashville, TN 37203
Tel.: (615) 986-3732
ksamson@buchalter.com
elyons@buchalter.com

*Counsel for Defendant Watechia Lawless Mitchell*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 22, 2026 a true and exact copy of the foregoing was served upon the persons list below via the Court's Electronic Case Filing System:

Allison L. Bussell (TN BPR #23538)
Melissa Roberge (TN BPR #26230)
Peter G. Vizcarrondo (TN BPR #43651)
108 Metropolitan Courthouse
P.O. Box 196300
Nashville, Tennessee 37219
Tel.: (615) 862-6341
allison.bussell@nashville.gov
melissa.roberge@nashville.gov
peter.vizcarrondo@nashville.gov

Larry L. Crain (TN BPR # 009040)
Emily A. Castro (TN BPR #028203)
CRAIN LAW GROUP, PLLC
5214 Maryland Way, Suite 402
Brentwood, TN 37027
Tel.: (615) 376-2600
larry@crainlaw.legal
emily@crainlaw.legal

*/s/ Kendra E. Samson*
Kendra E. Samson (TN BPR #018976)

3