| | | |
|---|---|---|
| MARIO M. MITCHELL, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| -vs- | ) | **Case No.** 3:26-cv-00407 |
| | ) | |
| JOHN DRAKE, WATECHIA | ) | JURY DEMAND |
| LAWLESS MITCHELL; | ) | |
| CHRISTOPHER DICKERSON, in | ) | |
| his individual capacity; and | ) | |
| MICHAEL ESPOSITO, in his | ) | |
| individual capacity; | ) | |
| | ) | |
| *Defendants*. | | |

## STIPULATION OF DISMISSAL

COME NOW THE PARTIES, by and through their undersigned counsel of record,

and pursuant to Rule 41(a)(1)(A)(ii), stipulate to the dismissal of this action in its entirety

without prejudice.

Respectfully submitted,

*/s/ Larry L. Crain*
Larry L. Crain, Tenn.Sup. Crt. # 9040
CRAIN LAW GROUP, PLLC
5214 Maryland Way, Suite 402
Brentwood, TN 37027
(615) 376-2600
Larry@Crainlaw.legal
*Attorney for the Plaintiff Mario Mitchell*

*/s/ Allison L. Bussell (LLC by Permission)*
Allison L. Bussell (#23538)
Associate Director Of Law
Melissa Roberge (#26230)
Peter G. Vizcarrondo (#43651)

Senior Counsel
108 Metropolitan Courthouse
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341
allison.bussell@nashville.gov
melissa.roberge@nashville.gov
peter.vizcarrondo@nashville.gov

*Attorneys for Defendants John Drake,
Christopher Dickerson and Michael
Esposito*


*/s/ Kendra E. Samson, LLC by permission*
Kendra E. Samson (TN BPR #018976)
Eric C. Lyons (TN BPR #036105)
BUCHALTER LLP
1 Music Circle South, Suite 300
Nashville, TN 37203
Tel.: 615-986-3732
ksamson@buchalter.com
elyons@buchalter.com

*Counsel for Defendant Watechia
Lawless Mitchell*

2